IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

**YUNSONG ZHAO,**

    **Plaintiff,**

v.                           **CIVIL ACTION NO. 7:18-cv-189**
                                     **Judge Michael F. Urbanski**

**VIRGINIA POLYTECHNIC INSTITUTE
AND STATE UNIVERSITY,
JAMES C. MCCLAIN,**
in his individual capacity,
**BRIAN WILSON,**
n his individual capacity, and
**ROHSAAN SETTLE,**
in his individual and official capacities.

    **Defendants.**

**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS THE REMAINING PORTION
OF COUNT II OF PLAINTIFF'S SECOND AMENDED COMPLAINT**

Plaintiff, by counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure moves to voluntarily dismiss, *with prejudice*, the remaining cause of action in his Second Amended Complaint against Defendant Rohsaan Settle. In support of this motion, Plaintiff states as follows:

1. By ORDER entered July 31, 2018, (ECF No. 63) this Court dismissed Defendants James McClain and Brian Wilson;

2. By ORDER entered October 15, 2018, and filed October 16, 2018, (ECF No. 95) this Court dismissed all counts of Plaintiff's Second Amended Complaint *except* Count II against Defendant Rohsaan Settle, in his official capacity, seeking injunctive and declaratory relief;

3. Plaintiff no longer wishes to pursue injunctive and declaratory relief against Defendant Settle; and

4. By granting Plaintiff's motion, all Plaintiff's claims will have been adjudicated by this Court and this matter may be stricken from the active docket of this Court.

WHEREFORE, Plaintiff requests that this Court enter a FINAL ORDER granting Plaintiff's motion and dismissing the remaining claims, *with prejudice,* against Defendant Rohsaan Settle and striking this matter from the active docket of this Court, and any other relief this Court deems just, equitable, or appropriate. Plaintiff is authorized to state that Defendant Settle does not oppose dismissal, *with prejudice,* and does not oppose this motion.

Respectfully submitted this 29th day of July 2019.

YUNSONG ZHAO

By:     s/ Mario B. Williams
Mario B. Williams (VSB No. 91955)
NDH LLC
44 Broad St. NW, Suite 200
Atlanta, GA 30303
404-254-0442/404-935-9391 FAX
mwilliams@ndh-law.com
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

      I hereby certify that, on this 29th day of July, 2019, the foregoing PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS THE REMAINING PORTION OF COUNT II OF PLAINTIFF'S SECOND AMENDED COMPLAINT was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF), to the following counsel for Defendant Rohsaan Settle:

      Kay Heidbreder
      University Legal Counsel and
      Senior Assistant Attorney General
      heidbred@vt.edu

      M. Hudson McClanahan
      Associate University Legal Counsel and
      Assistant Attorney General
      hud3@vt.edu

      Stephen F. Capaldo
      Associate University Legal Counsel and
      Assistant Attorney General
      scapaldo@vt.edu

      Kristina J. Hartman
      Associate University Legal Counsel and
      Assistant Attorney General
      Kjhart06@vt.edu

      University Legal Counsel
      Burruss Hall, Suite 236, Virginia Tech
      800 Drillfield Drive
      Blacksburg, VA   24060
      Phone: (540) 231-6293
      Fax:  (540) 231-6474

      The filing was sent via U.S. Mail to the following:

      Jeremy E. Carroll
      Guynn, Waddell, Carroll & Lockaby, P.C.
      415 S. College Avenue
      Salem, VA  24153
      *Counsel for Defendant Brian Wilson*

                                    s/ Mario B. Williams
                                      Counsel for Plaintiff